

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2014

No. 04-14-00260-CV

**ONE (1) 1992 CHEVROLET PK, VIN. 1GCEC14Z4NE164549,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-13890
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED. Appellant's brief is due on or before August 14, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court